**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

LEVI T. WHITE,                              *
                                            *
            Plaintiff,                      *
                                            *         CV 114-002
      v.                                    *
                                            *
AMSHER COLLECTION SERVICES,                 *
INC.,                                       *
                                            *
            Defendant.                      *

-----------

**O R D E R**

-----------

Presently pending before the Court is Plaintiff's motion for dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. no. 7.)  Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**.  Each party shall bear its own costs.  The Clerk shall **TERMINATE** all deadlines and motions, and **CLOSE** this case.

      **ORDER ENTERED** at Augusta, Georgia, this _18th_ day of February, 2014.

                              _____
                              HONORABLE J. RANDAL HALL
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF GEORGIA